Dear Clerk Please file these two motions for Appointment of Counsel and for an evidentiary hearing and return my file stamped copies, I marked them at top "Petitioner's copy." Is there any way to see that Judge Kendall rules on the appointment of counsel motion right away?

Thank You Very Much

07C1816

James Dolis

FILED
AUG 6 2009
8-6-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT