07CV1816
MHN

Dear Clerk Please Return my File Stamped copy to me at Stateville. 07C1816 I will be here til Nov. 11, 09 at least, that is unless Judge Kendall does what should have been done over a year ago and orders my release. Isn't two years a very very long time to be on a federal habeas?

James Dokis R42411
F 345
P.O. Box 112
Joliet, IL 60434

FILED
SEP 24 2009
Sep 24, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thank You very much.
Sincerely James Dokis